

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00134-CR

**MICHAEL DAVID FREDRICKSON,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 21st District Court
Burleson County, Texas
Trial Court No. 14,371**

## ORDER

Michael David Fredrickson was convicted of injury to a child and sentenced to 20 years in prison. TEX. PENAL CODE ANN. § 22.04 (West 2011). On December 11, 2014, this appeal was abated to the trial court to make findings of fact and conclusions of law regarding Fredrickson's motion to suppress evidence and motion to suppress statements, both heard and ruled on by the trial court on February 24, 2014.

A supplemental clerk's record containing the trial court's findings of fact and conclusions of law was filed with the Court on January 20, 2015. Accordingly, this

appeal is reinstated. A supplemental brief, if any, by Fredrickson concerning the motions to suppress must be filed within 30 days from the date the supplemental clerk's record was filed. The State may file a response within 21 days from the date a supplemental brief, if any, is filed by Fredrickson.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal reinstated
Supplemental brief due
Order issued and filed January 29, 2015

